L00149053004082718

| | |
|---|---|
| MICHAEL R. McFARLAND | SUIT NUMBER: |
| VERSUS  C-460-18 | 31st JUDICIAL DISTRICT COURT |
| NATIONAL CASUALTY COMPANY, MIDNIGHT EXPRESS, INCORPORATED, M & J TRANSPORT, L.L.C., and CALEB J. SEDGWICK | JEFFERSON DAVIS PARISH, LOUISIANA |

## PETITION

MICHAEL R. McFARLAND, of the full age of majority and domiciled in Jefferson Davis Parish, Louisiana respectfully represent:

1.

The defendants making this petition necessary are:

a. NATIONAL CASUALTY COMPANY, a foreign insurance company that provided liability coverage to M & J Transport, L.L.C.;

b. MIDNIGHT EXPRESS, INCORPORATED, a business corporation authorized to do and doing business in the State of Louisiana;

c. M & J TRANSPORT, L.L.C., a limited liability company authorized to do and doing business in the State of Louisiana; and

d. CALEB J. SEDGWICK, domiciled in Tyler County, West Virginia.

2.

On August 22, 2017, a wreck occurred on Interstate 10 (LA 99) in Jefferson Davis Parish, Louisiana, involving a 2005 Kenworth W900 tractor trailer owned by Midnight Express, Incorporated for business through M & J Transport, L.L.C., and operated by Caleb J. Sedgwick; a 2008 Chevrolet Cobalt, owned and operated by Michael R. McFarland.

3.

Caleb J. Sedgwick rear-ended Mr. McFarland's vehicle.

4.

Caleb J. Sedgwick endangered the public and caused harm to Mr. McFarland by:

a. Following too closely;

b. Failing to maintain a proper lookout;

c. Failing to maintain a safe distance from vehicles ahead; and

d. Operating his vehicle in a careless and reckless manner.

5.

At the time of the wreck, Caleb J. Sedgwick was operating the tractor trailer in the course and scope of his employment with M & J Transport, L.L.C., which is vicariously liable for the negligent acts of its employee.

6.

M & J Transport, L.L.C., had a duty to establish, communicate and enforce screening, training and supervision procedures to prevent acts alleged herein. The breach of this duty by M & J Transport, L.L.C., caused harm to plaintiff. M & J Transport, L.L.C., was negligent in its hiring, supervision, retention and training of Caleb J. Sedgwick.

7.

Defendant, Caleb J. Sedgwick's, reckless and negligent conduct caused harm to Mr. McFarland. Defendants are responsible for plaintiff's past, present, and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) permanent injuries and disability; 5) loss of wages and economic opportunity; and 6) loss of enjoyment of life.

8.

Plaintiff's claims equal or exceed the amount required for jury trial.

9.

In order to move this case forward and to ensure accuracy, notice is hereby given of the intent to depose the following: Caleb J. Sedgwick, Trooper Kevin Fontenot, Badge #2390 of Louisiana Department of Public Safety, Keith R. Mack, M.D., and Jill E. Angelle, APRN, FNP-C.

WHEREFORE, PLAINTIFF PRAYS that all harms and losses caused by the defendants be repaired by judgment; all expert fees, cost, and interest should be borne by defendants.

480-365-4000          8/30/2018 1:26:43 PM   PAGE   6/007    Fax Server
Case 2:18-cv-01171-UDJ-KK   Document 1-2   Filed 09/07/18   Page 3 of 3 PageID #: 12

(Page 6 of 6)

L00149053006082718

Respectfully Submitted,

MORRIS, DEWETT & SAVOIE, LLC

By: _____
TREY MORRIS, APLC (#28162)
ELIZABETH A. HANCOCK (#35487)
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 - Telephone
(318) 221-4560 – Facsimile
btmorris@shreveportlaw.net
ehancock@shreveportlaw.net

ATTORNEYS FOR PLAINTIFF

Please Serve:

NATIONAL CASUALTY COMPANY
Through its Agent for Service of Process
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

MIDNIGHT EXPRESS, INCORPORATED
*VIA LOUISIANA LONG ARM STATUTE*
Through its Agent for Service of Process
Midnight Express, Inc.
337 Bird Spring Rd.
Clarksburg, WV 26301

M & J TRANSPORT, L.L.C.
*VIA LOUISIANA LONG ARM STATUTE*
Through its Agent for Service of Process
Edward Dale Goff
35 Chester Ridge Rd.
Clarksburg, WV 26301

CALEB J. SEDGWICK
*VIA LOUISIANA LONG ARM STATUTE*
201 Sellers Road
Middlebourne, West Virginia 26149

7-13, 20 18